IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Sara Flores, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br><br>Kasia's Deli, Inc. and Kazimiera Bober, individually, Defendants | **Case No. 1:15-cv-04060**<br>Assigned: Hon. Robert W. Gettleman<br>Magistrate: Hon. Sidney I. Schenkier |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice (each side to bear their own costs and attorneys' fees).

Respectfully submitted,

| | |
|---|---|
| **s/ Valentin T. Narvaez**<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646<br><br>Plaintiff's counsel | **s/ Jonathan D. Lubin**<br>39 S. LaSalle st.<br>Suite 1400<br>Chicago, IL 60603<br><br>Defendants' counsel |